**DISMISS; and Opinion Filed June 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00414-CV

### IN THE INTEREST OF Q.H., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-20442-U**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

Appellant appeals from the trial court's December 11, 2013 judgment terminating her parental rights. In a letter dated April 22, 2016, we questioned our jurisdiction over this appeal because it appeared the notice of appeal was untimely. We instructed appellant to file a letter brief by May 2, 2016 addressing our jurisdictional concern and cautioned her that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a response.

Appeals in parental termination cases follow an accelerated timetable. *See* TEX. R. APP. P. 28.4(a). In an accelerated appeal, the notice of appeal is due twenty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(b). Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The judgment was signed on December 11, 2013. Accordingly, the notice of appeal was due December 31, 2013. Appellant filed the notice of appeal in the trial court on April 11, 2016, more than two years past the deadline.

Because appellant did not file a timely notice of appeal, this Court lacks jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Ada Brown/
ADA BROWN
JUSTICE

160414F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF Q.H., A CHILD

No. 05-16-00414-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-05-20442-U.
Opinion delivered by Justice Brown.
Justices Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of June, 2016.